UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SOLOMON FORT AND EDWINA FORT §      DOCKET NO.:
ON BEHALF OF THEIR MINOR
CHILD, ████████████ and

████████████

VERSUS                          §      JUDGE

GOLDEN STONES, LP, GEICO          §      MAGISTRATE JUDGE
CASUALTY COMPANY and
ENRIQUE IBARRA

## JOINT NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come **GOLDEN STONES, LP,**

**ENRIQUE IBARRA, and GEICO CASUALTY COMPANY** who, respectfully represent that:

1.

Plaintiffs, **SOLOMON FORT and EDWINA FORT on behalf of their minor children,**

**Y. F. and M. F.**, have asserted a civil cause of action against **GOLDEN STONES, LP, GEICO**

**CASUALTY COMPANY, and ENRIQUE IBARRA**, seeking to recover damages for personal

injuries allegedly sustained as a result of an alleged motor vehicle accident which occurred on

February 11, 2022, in Shreveport, Caddo Parish, Louisiana.

2.

Defendant, **GOLDEN STONES, LP**, is a limited partnership formed under the laws of the

State of Texas, and its principal place of business is in the State of Texas. **GOLDEN STONES,**

**LP** has three owners, Hank Vu a domiciliary of Harris County, Texas; Chung Vu a domiciliary of Travis County, Texas; and Elle Tsao a domiciliary of Harris County, Texas.

4.

Defendant, **GEICO CASUALTY COMPANY**, is a foreign insurance company organized under the laws of the District of Columbia, with its principal place of business located in the State of Maryland.

5.

Defendant, **ENRIQUE IBARRA**, is a domiciliary of Harris County, State of Texas.

6.

Plaintiffs, **SOLOMON FORT and EDWINA FORT**, are domiciliaries of the Parish of Caddo, State of Louisiana.

7.

The Petition of **SOLOMON FORT and EDWINA FORT** was filed in the First Judicial District Court, Caddo Parish, Louisiana, on May 18, 2022. A copy of the Petition is attached hereto as Exhibit "A".

8.

Although no responsive pleadings have been filed in the State Court proceeding, undersigned counsel Lunn Irion Law Firm, LLC does represent **GOLDEN STONES, LP and ENRIQUE IBARRA**  and The Law Office of J. Brad Smitherman does represent **GEICO CASUALTY COMPANY**, the defendants named in this case.

9.

Plaintiffs have alleged in Article 9 of the original Petition that "Plaintiffs' claims equal or exceed the amount in controversy required for jurisdiction under 28 USC Code § 1332." Pursuant to 28 U.S.C. Section 1446(c)(2), this amount shall be deemed the amount in controversy.

10.

Plaintiffs have further alleged in Article 7 of the Petition that defendants are responsible for plaintiffs' "past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) functional limitations and impairments; 5) loss of enjoyment of lift; and 6) scarring and disfigurement."

11.

There is complete diversity of citizenship between the plaintiffs and defendants.

12.

Golden Stones, LP was served with the plaintiffs' Petition through its agent for service, CT Corporation, on May 26, 2022. Defendant Geico Casualty Company was served with the original Petition through its agent of process, Louisiana Secretary of State, on May 26, 2022.

13.

This Removal is timely in that it is filed within thirty days from service of the Petition on both defendants.

14.

Pursuant to 28 U.S.C. Section 1332(a), this court has original jurisdiction over this matter.

15.

This matter is properly removable to the Western District of Louisiana, Shreveport Division, from State Court in Caddo Parish, Louisiana.

16.

Upon filing this Notice of Removal, **GOLDEN STONES, LP, ENRIQUE IBARRA, and GEICO CASUALTY COMPANY** will give written notice to the plaintiffs and will file a copy of the Notice of Removal with the Clerk of Court of the First Judicial District Court for the Parish of Caddo.

WHEREFORE, **GOLDEN STONES, LP, ENRIQUE IBARRA, and GEICO CASUALTY COMPANY** pray that this Notice of Removal be deemed good and sufficient and that the suit entitled "Solomon Fort and Edwina Fort, on behalf of their minor children, Y. F. and M. F.  v. Golden Stones, LP, Geico Casualty Company and Enrique Ibarra" Number 637,150-B, on the docket of the First Judicial District Court, Caddo Parish, Louisiana, shall be removed to this Court and that the First Judicial District Court, Caddo Parish, Louisiana, case shall proceed no further therein, unless the case is remanded.

Respectfully submitted

LUNN IRION LAW FIRM, LLC

By: _____ s/ James A. Mijalis _____
       James A. Mijalis, Bar No. 17057
       Harold R. Bicknell, Bar No. 36801
       8670 Box Road – Building A
       Shreveport, LA 71106
       Phone: (318) 222-0665
       Fax: (318) 220-3265
       Email: jam@lunnirion.com
               hrb@lunnirion.com

ATTORNEYS FOR DEFENDANTS,
GOLDEN STONES, LP and ENRIQUE
IBARRA

- and -

Law Office of J. Brad Smitherman

By: _____ s/ J. Brad Smitherman _____
       J. Brad Smitherman, Bar No. 25256
       401 Market Street, Suite 1360
       Shreveport, LA 71101
       Phone: (318) 841-7611
       Fax: (318) 841-7614
       Email: jsmitherman@geico.com

ATTORNEY FOR GEICO CASUALTY
COMPANY

## <u>CERTIFICATE</u>

I HEREBY CERTIFY that on June 15, 2022 a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this wiling will be sent to Mr. Justin C. Dewett by operation of the court's electronic filing system and via email.



s/ James A. Mijalis
OF COUNSEL