UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, DIVISION

| | | |
|---|---|---|
| SOLOMON FORT AND EDWINA FORT ON BEHALF OF THEIR MINOR CHILD, ▮▮▮▮ and ▮▮▮▮ | § | DOCKET NO. 22-CV-1726 |
| VERSUS | § | JUDGE |
| GOLDEN STONES, LP GEICO CASUALTY COMPANY and ENRIQUE IBARRA | § | MAGISTRATE JUDGE |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Golden Stones, LP who, pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1.

Golden Stones, LP is Texas based Limited Partnership, owned by Texas domiciliaries Hank Vu, Chung Vu, and Elle Tsao. Golden Stones, LP is not a publicly held corporation.

Respectfully submitted,

LUNN IRION LAW FIRM, LLC

By: _____*s/ Harold R. Bicknell III*_____
James A. Mijalis, Bar No. 17057
Harold R. Bicknell, Bar No. 36801
8670 Box Road – Building A
Shreveport, LA 71106
Phone: (318) 222-0665
Fax: (318) 220-3265
Email: jam@lunnirion.com
       hrb@lunnirion.com

ATTORNEYS FOR DEFENDANTS,
GOLDEN STONES, LP and ENRIQUE
IBARRA

## CERTIFICATE OF SERVICE

I certify that on June 20, 2022, a copy of the foregoing *Corporate Disclosure Statement* was filed with the Clerk of Court by using the CM/ECG system which will send notice of electronic filing to all counsel of record.

*s/ Harold R. Bicknell III*